# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 27, 2009

Marilyn Kelly,
Chief Justice

137175 & (30)

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

JUSTIN TERRELL,
      Plaintiff-Appellee,

v

SC: 137175
COA: 283511
Kent CC: 04-007985-NI

CLARISSA MARIE-MARION VAUGHN,
WILLIE McCLAIN, d/b/a PRIDE ASPHALT
PAVING AND CONCRETE, and MIRAC, INC.,
d/b/a ENTERPRISE RENT-A-CAR,
      Defendants-Appellants.

_____/

      By order of September 12, 2008, this Court granted immediate consideration and a stay of enforcement of the judgments entered by the Kent Circuit Court on September 13, 2007 and August 29, 2008. On order of the Court, the motion for leave to file a supplemental brief is GRANTED. The application for leave to appeal the July 18, 2008 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The stay of trial court proceedings, ordered on September 12, 2008, is DISSOLVED.

I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 27, 2009

_____
Clerk

p0120